UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Peter Joseph Carroll          Chapter 7
         Case No. 09-54897
Debtor.          Hon. Steven W. Rhodes
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $661.91, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 11 | Gofrank & Mattina<br>445 S. Livernois Rd.<br>Ste. 105<br>Rochester Hills, MI 48307 | $661.91 |
| | **TOTAL:** | **$661.91** |

Dated: 10/4/10          /s/ Frederick J. Dery
         Frederick J. Dery, Trustee
         803 W. Big Beaver
         Suite 353
         Troy, MI 48084
         fdery@fredjdery.com